(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

**FILED**
**04/11/2023**

Clerk, U.S. District Court
Western District of Texas

By: _____CR_____
Deputy

**UNITED STATES OF AMERICA**

vs.

**(1) JOSE GREGORIO MEDINA ANDRADE**
Defendant.

§
§ CASE NUMBER: EP:23-M -00877(1) ATB
§ USM Number:
§
§

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Jose Gregorio Medina Andrade, was represented by counsel, Ramon Guadalupe Lauser.

The defendant pled guilty to the complaint on April 11, 2023. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8:1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | March 29, 2023 |

As pronounced on April 11, 2023, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served plus one (1) business day**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this day, April 11, 2023.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

bcf

# United States District Court
## Western District of Texas
### El Paso Division

## PLEA AND SENTENCE

**Case Number: EP:23-M -00877(1) ATB**

| | |
|---|---|
| **DEFENDANT'S NAME:** Jose Gregorio Medina Andrade | **ATTY FOR DEFENDANT:** Ramon Guadalupe Lauser |
| **JUDGE:** ANNE T. BERTON | **AUSA:** Juan Albino |
| **DEPUTY CLERK:** Cecie Rodriguez | **INTERPRETER:** [X] Yes T. Saenz  [ ] No |
| **COURT REPORTER:** ERO | **PROB. OFFICER** |
| | **PRETRIAL OFFICER:** |
| **DATE:** April 11, 2023 | **TIME:** 0 Minutes   9:43-10:24 AM |

| PROCEEDINGS | DFT NO. | [DftNo1] | [DftNo2] |
|---|---|---|---|
| [ ] INITIAL APPEARANCE WAIVED | | [ ] | [ ] |
| [X] ARRAIGNMENT HELD | | [X] | [ ] |
| [X] DFT INFORMED OF RIGHTS/oral consent to plea | | [X] | [ ] |
| [X] GUILTY  DEFT [DftNo1] COUNT(S): COMPLAINT | | | |
| [X] GUILTY PLEA ACCEPTED BY THE COURT | | [X] | [ ] |
| [ ] Information Filed On _____ | | [ ] | [ ] |
| [ ] Motion to Dismiss Complaint filed on _____ | | [ ] | [ ] |
| [ ] Court Grants Motion to Dismiss on _____ | | [ ] | [ ] |
| [ ] Order Dismissing Complaint entered on _____ | | [ ] | [ ] |
| [X] Oral Motion by AUSA to Remit Special Assessment | | [X] | [ ] |
| [X] Oral Order Granting Oral Motion to Remit Special Assessment | | [X] | [ ] |

[X] SENTENCING HELD: Defendant sentenced to **Time Served** + One Business Day; No Fine; S/A REMITTED.

OTHER: As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

**United States District Court**
Western District of Texas
El Paso Division

FILED
March 31, 2023
Clerk, U.S. District Court
Western District of Texas

By: _____CR_____
Deputy

**UNITED STATES OF AMERICA** §
§
vs. § Case Number: EP:23-M-00877(1) ATB
§
**(1) JOSE GREGORIO MEDINA** §
**ANDRADE** §

*Defendant*

## ORDER SETTING MISDEMEANOR PLEA & SENTENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for MISDEMEANOR PLEA & SENTENCE in Magistrate Courtroom, Room 412, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

**Tuesday, April 11, 2023, at 10:00 AM**

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this **March 31, 2023.**

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
Western District of Texas
El Paso Division

FILED
Mar 31 2023
Clerk, U.S. District Court
Western District of
Texas

By: _____CR_____
Deputy

**UNITED STATES OF AMERICA**

vs.

**(1) JOSE GREGORIO MEDINA ANDRADE**

*Defendant*

§
§
§   No: EP:23-M-00877(1)   ATB
§
§
§

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Ramon Guadalupe Lauser, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 31st day of March, 2023.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Mar 31 2023
Clerk, U.S. District Court
Western District of Texas

By: _MGallegos_
Deputy

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | Case Number: EP:23-M-00877(1) |
| (1) JOSE GREGORIO MEDINA ANDRADE<br>*Defendant* | § | 8:1325(a)(1) |

## INITIAL APPEARANCE

On **March 31, 2023**, the defendant appeared in Open Court before U.S. Magistrate Judge ANNE T. BERTON. Accordingly, the defendant waived his personal appearance on the record and the Court conducted the Initial Appearance VIA VIDEO ZOOM in this case. The defendant affirmed being the person named in the charging document.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.
2) The right to retain counsel or to request the assignment of counsel if he/she is unable to obtain counsel.
3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.
4) The right to a preliminary examination if not indicted.
5) The right to consideration of bail.
6) The right to have the government or a federal law enforcement official notify a consular officer from his/her home country of nationality of the arrest.

**Attorney**
( X )   CJA   Ramon Guadalupe Lauser   (915) 355-0177

**Next Hearing Date/Time**
( X )   **MISDEMEANOR PLEA & SENTENCE**   April 11, 2023 at 10:00 AM

   525 Magoffin Avenue, El Paso, TX 79901   Magistrate Courtroom, Room 412

**Bond**

( X )   Bond set at: **$10K CASH OR CORPORATE SURETY**

**Interpreter Needed:** _____Interpreter:Spanish_____   **Record FTR Gold**

**Time:**  2:22-2:31 (0 minutes)   **Arrest Date:** _____
                                                              County

Arresting Agency: U.S. Border Patrol - Aaron Dozal
Courtroom Deputy: Cecilia Rodriguez - 915/834-0534
Interpreter: L. Quevedo

**FILED**
March 31, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Cecie Rodriguez
       DEPUTY

AO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Jose Gregorio MEDINA ANDRADE | Case Number: EP:23-MJ-877 ATB |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **3/29/2023** in **El Paso** County, in the **Western District Of Texas** defendant(s) did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On March 29, 2023, the DEFENDANT, Jose Gregorio MEDINA Andrade, an alien to the United States and a citizen of Venezuela, illegally entered the United States from the Republic of Mexico on March 29, 2023 by crossing the Rio Grande River approximately 3.89 miles east of the Bridge of the Americas Port of Entry in El Paso, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a port of entry by immigration officers.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
Aaron Dozal
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**3/31/2023**          at   **El Paso, TX**
Date                            City/State

Anne T. Berton          U.S. Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

Complaint sworn to telephonically on **March 31, 2023** at **11:23 am** and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)

## CONTINUATION OF CRIMINAL COMPLAINT

## WESTERN DISTRICT OF TEXAS

Jose Gregorio MEDINA ANDRADE

PEPT# PEPT230300253

03/31/2023

FACTS    (CONTINUED)

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
NONE

Criminal History:
NONE